# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Gloria Booker,

    Plaintiff,	JUDGMENT IN A CIVIL CASE

vs.	3:07-cv-447-GCM

Michael J. Astrue,

    Defendant.

DECISION BY COURT. This action having come before the Court by Complaint and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 7, 2010 Order.

Signed: January 8, 2010

Frank G. Johns, Clerk
United States District Court